|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| DONALD DESSAINTS, individually; and DIDI DESSAINTS, individually,<br><br>Plaintiffs,<br>v.<br><br>JAYCO, INC., an Indiana corporation; and RICHARDSONS' R.V. CENTERS, INC., a California corporation.,<br><br>Defendants. | | CASE NO.: 2:21-cv-00931-JCM-NJK<br><br>**ORDER TO ALLOW DEFENDANTS JAYCO, INC. AND RICHARDSONS' R.V. CENTERS, INC. ADDITIONAL TIME TO FILE A RESPONSE TO PLAINTIFFS DONALD DESSAINTS' AND DIDI DESSAINTS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs DONALD DESSAINTS and DIDI DESSAINTS (collectively the "Plaintiffs"), by and through their respective counsel of record, Erik W. Fox, Esq. of Cogburn Law, and Defendants JAYCO, INC. ("Jayco") and RICHARDSONS' R.V. CENTERS, INC. ("RRVCI") (hereinafter collectively referred to as the "Defendants"), by and through their respective counsel of record, Nicole E. Lovelock, Esq. of Jones Lovelock, hereby agree and stipulate to extend the time for Defendants to file their response to the Complaint [Dkt. 1] from June 3, 2021 to June 17, 2021.

Plaintiffs filed the Complaint [Dkt. 1] on May 13, 2021 and served it upon the Defendants on May 17, 2021.

///

///

///

1     This is the first request for an extension of time as to Defendants' response to the Complaint [Dkt. 1]. This request is made in good faith and not for the purpose of delay.

DATED this 4th day of June 2021.

| **COGBURN LAW** | **JONES LOVELOCK** |
|---|---|
| By: /s/ *Jamie S. Cogburn, Esq.*<br>Jamie S. Cogburn, Esq.<br>Nevada State Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada State Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 | By: /s/ *Nicole E. Lovelock, Esq.*<br>Nicole E. Lovelock, Esq.<br>Nevada State Bar No. 11187<br>Stephen A. Davis, Esq.<br>Nevada State Bar No. 14185<br>6675 S. Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113 |
| *Attorneys for Plaintiffs Donald Dessaints and Didi Dessaints* | *Attorneys for Defendants Jayco, Inc. and Richardsons' R.V. Centers, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

June 7, 2021
DATE