# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD DESSAINTS, et al.,

    Plaintiffs,

v.

JAYCO, INC., et al.,

    Defendants.

Case No. 2:21-cv-00931-JCM-NJK

**ORDER**

[Docket No. 12]

Pending before the Court is Plaintiffs' motion to amend their complaint. Docket No. 12. No response is needed. The motion is properly resolved without a hearing. *See* LR 78-1.

Plaintiffs filed their complaint on May 13, 2021. Docket No. 1. On June 17, 2021, Defendants filed a motion to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b). Docket No. 8. Plaintiffs filed the instant motion for leave to amend their complaint on July 1, 2021, 14 days after Defendants filed their motion to dismiss. Docket No. 12. The Federal Rules of Civil Procedure provide, in part, that parties may amend their complaint once as a matter of course within 21 days after service of a responsive pleading or a motion under Fed. R. Civ. P. 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1). Plaintiffs, therefore, may amend their complaint as a matter of course until July 8, 2021.

Accordingly, Plaintiffs' motion to amend their complaint, Docket No. 12, is hereby **DENIED** as unnecessary. No later than July 8, 2021, Plaintiffs may file and serve their amended complaint without the Court's leave.

IT IS SO ORDERED.

Dated: July 6, 2021

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge